# JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD E. KEASLING II, AN INDIVIDUAL AND LAURAL. KEASLING, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS LEE DOYEL, INDIVIDUALLY AND AS TRUSTEE OF THE DOYEL FAMILY TRUST DATED MARCH 16, 2012; AND PAIGE REILLY DOYEL, INDIVIDUALLY AND AS TRUSTEE OF THE DOYEL FAMILY TRUST DATED MARCH 16, 2012; AND DOES 1-20,<br><br>Defendants. | Case No.: 8:21-cv-01205-CJC-JDE<br><br>**ORDER REMANDING CASE TO THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br><br>[Honorable Cormac J. Carney, Courtroom 9B] |

EARLY SULLIVAN WRIGHT GIZER & MCRAE LLP
ATTORNEYS AT LAW

628034.1

**ORDER OF REMAND**

1        Plaintiffs Richard E. Keasling II and Laura L. Keasling and Defendants

2    Dennis Lee Doyel, Individually and as Trustee of the Doyel Family Trust Dated

3    March 16, 2012 and Paige Reilly Doyel, Individually and as Trustee of the Doyel

4    Family Trust Dated March 16, 2012 (collectively, the "Parties") have filed a

5    Request for Remand in this Court.  Having considered the Parties' Request, and

6    good cause appearing therefor, the Court hereby REMANDS this case to

7    Department C22 of the Superior Court of California in and for the County of

8    Orange, Hon. Glenn R. Salter presiding, located at 700 Civic Center Drive West,

9    Santa Ana, California 92701, from which it was removed.

10

11

12   IT IS SO ORDERED.

13

14   DATED:  July 19, 2021                    By:_____

15                                                    Hon. Cormac J. Carney
                                                      District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

EARLY
SULLIVAN
WRIGHT
GIZER &
MCRAE LLP
ATTORNEYS AT LAW
628034.1